COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTIONS

Appellate case name:        In re Steadfast Funding, LLC, et al., Relators

Appellate case number:    01-19-00463-CV

Trial court case number:   2016-64847

Trial court:               190th District Court of Harris County

On June 21, 2019, relators, Steadfast Funding, LLC, et al., filed a petition for a writ of mandamus seeking to compel the respondent trial judge to rule on all of their pending motions in the underlying proceeding. With their petition, relators also filed an "Motion for Emergency Stay" seeking to stay the trial setting for June 25, 2019, pending disposition of its mandamus petition. *See* TEX. R. APP. P. 52.10(a).

On June 24, 2019, real parties in interest ("RPIs") David Alvarez, 2017 Yale Development, LLC, and D&A Alvarez Group, LLC, filed a "Preliminary Response and Motion for Sanctions" in opposition to the mandamus petition. On June 25, 2019, the RPIs filed a "Supplemental Response and Renewed Motion for Sanctions," attaching the respondent trial judge's June 24, 2019 order continuing the June 25, 2019 bench trial date until July 2, 2019, following rulings on the pending motions for summary judgment. Later on June 25, 2019, relators filed a letter attaching the respondent trial judge's June 25, 2019 amended order continuing the June 25, 2019 bench trial date until July 9, 2019, for any outstanding issues, if any, following rulings on the pending motions for summary judgment. Thus, the Court **dismisses as moot** the relators' motion for emergency stay.

The Court requests a response by relators to the RPIs' motion for sanctions and renewed motion for sanctions. The response, if any, shall be filed **within 10 days from the date of this order**. *See* TEX. R. APP. P. 2, 45.

It is so ORDERED.

Judge's signature: _____/s/ Evelyn V. Keyes_____
                        ☑ Acting individually    ☐ Acting for the Court

Date: __June 27, 2019__